# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERION DEMONTA VARNADO, | No. 2:17-CV-2413-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| KIMBERLY A. SEIBEL, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to respondents' notice (Doc. 21), respondents' motion to dismiss (Doc. 17) is withdrawn and the hearing before the undersigned on November 14, 2018, is vacated. Respondents shall file an answer within 60 days of the date of this order, and petitioner may file a traverse within 30 days of service of respondents' answer.

IT IS SO ORDERED.

Dated: November 13, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1