# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERION DEMONTA VERNADO, | No. 2:17-CV-2413-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| KIMBERLY A. SEIBEL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 16, 2017, Petitioner filed a motion to stay proceedings (ECF No. 3). On August 8, 2018, this Court issued findings and recommendations recommending the District Court Judge deny Petitioner's motion to stay proceedings (ECF No. 10). Petitioner timely filed objections to this Court's findings and recommendations on September 21, 2018 (ECF No. 14). On November 13, 2018, this Court ordered Respondents to file an answer to the petition within 60 days. Then, on November 15, 2018, Petitioner filed a renewed motion to stay proceedings (ECF No. 23).

Upon review of Petitioners renewed motion to stay proceedings and the new facts provided within, this Court VACATES the findings and recommendations issued on August 8, 2018. This court further VACATES its November 13, 2018, order directing Respondent to file a response to the petition within 60 days. Petitioner's motions for a stay of the proceedings will be

1

addressed by separate findings and recommendations.

IT IS SO ORDERED.

Dated: December 18, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE