# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERION DEMONTA VARNADO,<br><br>Petitioner,<br><br>v.<br><br>KIMBERLY A. SEIBEL, et al.,<br><br>Respondents. | No. 2:17-CV-2413-TLN-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a notice of voluntary dismissal. Because no answer or motion for summary judgment has been filed, leave of court is not required and the action is dismissed on petitioner's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: February 12, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1